UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency; LISA P. JACKSON, in her official capacity as administrator of the United States Environmental Protection Agency; and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants.<br>_____ / | No. 4:11 CV-03515 SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiffs and Defendants, by and through counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint to October 28, 2011.

Dated: September 21, 2011

s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
*Counsel for Defendants*

s/ Paul R. Cort
PAUL R. CORT
Earthjustice
426 17TH St., 5th Floor
Oakland, CA 94612
510-550-6725
*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 9/21/11

_____
UNITED STATES DISTRICT JUDGE