IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | No. C 11-3515 SI <br><br> **ORDER GRANTING UNOPPOSED MOTION TO INTERVENE AS DEFENDANT BY SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT** |

San Joaquin Valley Unified Air Pollution Control District has filed a motion to intervene as a defendant in this case. The motion is scheduled for a hearing on October 28, 2011. Plaintiffs and defendants have filed statements of non-opposition to the motion. Accordingly, the Court GRANTS the motion and VACATES the hearing. The Air District shall file its answer by October 17, 2011.

This order resolves Docket No. 12.

**IT IS SO ORDERED.**

Dated: October 13, 2011

SUSAN ILLSTON
United States District Judge