UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency; LISA P. JACKSON, in her official capacity as administrator of the United States Environmental Protection Agency; and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants.<br>_____/ | No. 4:11 CV-03515 SI<br><br>**STIPULATION SETTING REVISED BRIEFING SCHEDULE FOR DEFENDANTS AND INTERVENOR TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND RE-SETTING HEARING DATE FOR SAID MOTION**<br><br>Date: December 16, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor |

Plaintiffs, Defendants, and Intervenor, by and through counsel, hereby stipulate to the following schedule applicable to Plaintiffs Motion for Summary Judgment ("Motion") (Doc. 26):

December 20, 2011: Defendants' and Intervenors' Responses to Plaintiffs' Motion due

January 20, 2012: Plaintiffs' Reply due

February 3, 2012 Hearing on Plaintiffs' motion (9:00 a.m.)

Dated: November 22, 2011

s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
*Counsel for Defendants*

s/ *Erin Tobin*
ERIN TOBIN
Earthjustice
426 17TH St., 5th Floor
Oakland, CA 94612
510-550-6725
*Counsel for Plaintiffs*

s/ *Catherine T. Redmond*
CATHERINE T. REDMOND
District Counsel

```
                                San Joaquin Valley Unified Air Pollution
                                Control District
                                1990 E. Gettysburg Avenue
                                Fresno, California 93726
                                Tel: (559) 230-6033
                                Counsel for Intervenor
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____11/23/11_____          _____/s/ Susan Illston_____
                                   UNITED STATES DISTRICT JUDGE

*STIPULATION SETTING BRIEFING/HEARING SCHEDULE: NO. 4:11-CV-3515 SI*

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2011, a copy of the foregoing **STIPULATION SETTING REVISED BRIEFING SCHEDULE FOR DEFENDANTS AND INTERVENOR TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND RE-SETTING HEARING DATE FOR SAID MOTION** was filed and served through the Court's CM/ECF system.

s/ Martin F. McDermott