United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, *et al.,* | No. C 11-3515 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants, | |
| SAN JOAQUIN VALLEY AIR POLLUTION CONTROL DISTRICT, | |
| Defendant-Intervenor. / | |

The Court has dismissed this case. Judgment is hereby entered against plaintiffs and in favor of defendants and defendant-intervenor.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 5, 2012

SUSAN ILLSTON
United States District Judge