IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL ADVOCATES FOR HEALTHY AIR, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.,<br><br>    Defendants,<br><br>SAN JOAQUIN VALLEY AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendant-Intervenor.<br>_____/ | No. C 11-3515 SI<br><br>**JUDGMENT** |

The Court has dismissed this case. Judgment is hereby entered against plaintiffs and in favor of defendants and defendant-intervenor.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 5, 2012

SUSAN ILLSTON
United States District Judge